FREDERIC DE P. FOSTER et al., as Trustees under the Will of AMBROSE C. KINGSLAND, Deceased, Respondents, v. HELEN S. MORRIS et al., Respondents, and HARRIET E. KINGSLAND, Individually and as Executrix of HENRY P. KINGSLAND, Deceased, Appellant.

*Foster* v. *Morris*, 160 App. Div. 907, affirmed.
(Argued December 15, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 30, 1914, affirming a judgment entered upon the report of a referee in an action to obtain a construction of the will of Ambrose C. Kingsland, deceased, and a settlement of the accounts of the plaintiff trustees.

*Bronson Winthrop, Egerton L. Winthrop, Jr.,* and *Alfred L. Loomis* for appellant.

*Charles F. Brown, William C. Heywood, Daniel P. Hays* and *Edwin D. Hays* for defendants, respondents.

Judgment affirmed, with costs; no opinion.
· Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.